
JS 45 (5/97) - (Revised U.S.D.C. MA 3/25/2011)

# Criminal Case Cover Sheet — U.S. District Court - District of Massachusetts

**Place of Offense:**    **Category No.** II    **Investigating Agency** HSI

**City:** Bridgewater

**County:** Plymouth

**Related Case Information:**
- Superseding Ind./Inf. _____ Case No. _____
- Same Defendant _____ New Defendant _____
- Magistrate Judge Case Number: 19-mj-4546-DHH
- Search Warrant Case Number: 19-mj-4539-DHH
- R 20/R 40 from District of _____

## Defendant Information:

- **Defendant Name:** Paul Bateman    Juvenile: ☐ Yes ☑ No
- Is this person an attorney and/or a member of any state/federal bar: ☐ Yes ☑ No
- **Alias Name:**
- **Address (City & State):** Bridgewater, MA
- **Birth date (Yr only):** 1973   **SSN (last4#):** 6154   **Sex:** M   **Race:** Caucasian   **Nationality:** USA
- **Defense Counsel if known:** Brendan Kelley   **Address:** Federal Defender's Office, 55 Sleeper Street, Boston, MA
- **Bar Number:**

## U.S. Attorney Information:

- **AUSA:** Anne Paruti, Mackenzie Queenin   **Bar Number if applicable:** 670356, 688114
- **Interpreter:** ☐ Yes ☑ No   List language and/or dialect: _____
- **Victims:** ☑ Yes ☐ No   If yes, are there multiple crime victims under 18 USC§3771(d)(2) ☐ Yes ☑ No
- **Matter to be SEALED:** ☐ Yes ☑ No
- ☐ Warrant Requested   ☐ Regular Process   ☑ In Custody

## Location Status:

**Arrest Date:** 12/12/2019

- ☐ Already in Federal Custody as of _____ in _____
- ☐ Already in State Custody at _____ ☐ Serving Sentence ☐ Awaiting Trial
- ☐ On Pretrial Release: Ordered by: _____ on _____

**Charging Document:** ☑ Complaint   ☐ Information   ☐ Indictment

**Total # of Counts:** ☐ Petty   ☐ Misdemeanor   ☑ Felony 2

Continue on Page 2 for Entry of U.S.C. Citations

☑ I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

**Date:** 12/12/2019    **Signature of AUSA:** /s/

JS 45 (5/97)  (Revised U.S.D.C. MA 12/7/05) Page 2 of 2 or Reverse

**District Court Case Number**   (To be filled in by deputy clerk): _____

**Name of Defendant**   Paul Bateman

## U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1   18 U.S.C. § 2252A(a)(2)(A) | Receipt of Child Pornography | 1 |
| Set 2   18 U.S.C. § 2252A(a)(5)(B) | Possession of Child Pornography | 2 |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set 10 | | |
| Set 11 | | |
| Set 12 | | |
| Set 13 | | |
| Set 14 | | |
| Set 15 | | |

**ADDITIONAL INFORMATION:** _____