AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America<br>v.<br>Paul Bateman<br>_Defendant_ | )<br>)<br>)  Case No.  19-mj-4546<br>)<br>) |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 12/17/2019

_Defendant's signature_

_Signature of defendant's attorney_

Brendan Kelley   MA  569054
_Printed name and bar number of defendant's attorney_

51 Sleeper St.
_Address of defendant's attorney_

brendan_kelley@fd.org
_E-mail address of defendant's attorney_

617-223-8061
_Telephone number of defendant's attorney_

617-223-8080
_FAX number of defendant's attorney_